THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARION McA. CHRISTIE, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Christie* v. *Bd. of Education*, 56 App. Div. 368, affirmed. (Argued June 6, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 8, 1901, affirming an order of Special Term denying a motion for a peremptory writ of mandamus directing the defendant to reinstate the relator in the position of teacher of cooking in the public schools of the city of New York.

*Tompkins McIlvaine* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.

---

In the Matter of the Application of the CITY OF ROCHESTER, Appellant, to Acquire the Right to Intercept and Divert the Flow of Water in Honeoye Creek.

ANNA B. NEAL et al., Respondents.

*Matter of City of Rochester,* 57 App. Div. 634, affirmed.
(Argued June 6, 1901; decided June 21, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 5, 1901, affirming an order of Special Term confirming the report of commissioners in condemnation proceedings.

*P. M. French* for appellant.

*Walter S. Hubbell* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.